Thomas et vir *v.* Great Atlantic and Pacific
Tea Company, Appellant.

Argued November 13, 1962. Before RHODES, P. J.,
ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD,
JJ. (WOODSIDE, J., absent).

*Francis H. Patrono,* with him *Paul M. Petro,* and
*Patrono and Edwards,* for appellant.

*Richard DiSalle,* for appellees.

OPINION PER CURIAM, December 12, 1962:

The judgments of the court below are affirmed on the opinion of President Judge CARSON of the Court of Common Pleas of Washington County, as reported in 28 Pa. D. & C. 2d 591.

Commonwealth *v.* Rosicci, Appellant.

